FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 5:16CV352-DPM-PSH

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 1 8 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

This case assigned to District Judge __Marshall__ Jury Trial: ☐ Yes ☐ No
and to Magistrate Judge __Harris__                        (Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: __Clay Clinton Clark__
ADC # __147832__

Address: __P.O. Box 240, Tucker, AR. 72168__

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: __Dr. Henry__

Position: __Practimar__

Place of employment: __Correct Care Solutions Tucker Unit__

Address: __P.O Box 240 Tucker AR 72168__

Name of defendant: __Dr. Steve__

Position: __Doctor__

-4-

Place of employment: Correct Care Solutions Tucker Unit

Address: P.O Box 240 Tucker AR 72168

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No _X_

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: None

Defendants: _____

  ☐ Court (if federal court, name the district; if state court, name the county):

    _____

  ☐ Docket Number: _____

  ☐ Name of judge to whom case was assigned: _____

  ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

  ☐ Approximate date of filing lawsuit: _____

  ☐ Approximate date of disposition: _____

IV. Place of present confinement: A.D.C. Tucker Unit, P.O. Box 240, Tucker, AR. 72168

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

  _____ in jail and still awaiting trial on pending criminal charges

  __X__ serving a sentence as a result of a judgment of conviction

  _____ in jail for other reasons (e.g., alleged probation violation, etc.)
    explain: _____

  _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

  A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

    Yes _X_ No ____

  B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _X_  No ___

If not, why? _____

_____

Part 1

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In Receipt of Formal Grievance TU-16-00999 I co Clay Clark, ADC #147832

Initial Informal Grievance submitted on 10/20/16 claims, "I have seen Nurse Practioner Walker and Nurse Practioner Henry They both said they would set me up To see an Orthopidic Specilist but still after almost a year I have yet To see a doctor About my feet and legs. CCS Dr Steve and now Nurse Practioner Henry are refusing me the proper medical care and To allow me to abtain the proper foot waire I need because of my Cronice leg and feet pain. This is medical indiffreance and To haff To suffer pain all of the Time in my legs and feet is cruel and unusual punishment!! I need To see a Specilist for this problem and not a Practioner or 2 Practionees who say one thing and due another." The Pain is so bad it hurts me to walk and stand plus

Part-2

Iv had a stroke on my right side and im on a Cane now. When i ask in a Grievance about seeing a Specilistie i was told yes than i was told No to walk 20 mins a lose waight, and this was the Doctor MR Steve makeing fun of my Handy Cap problems,. Im tired of suffering pain because of the medical abuse by these 2 Doctors This is a Direct violation of my 8th admendment medical claim / Indifferance. and Cruel / Unuseal Punishment by the Practrationer Henry and Docter Steve, who work for Correct Care Solutions.

Thank You.

[signature]

VIII. Relief:

Injunctive. To See a Specilist and there be a Male Practice Investagation.

Puntive
$15,000.00 for Pain J Suffering and for Cause me to be more Handy Caped because of Cruel J Unusual Punishment and Medical Neglect.

I declare under penalty of perjury (18 U.S.C. §1621) that the foregoing is true and correct.

Executed on this _11_ day of _November 2016_.

_____, Plaintiff